1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC, d/b/a "Michael Grecco Photography", a California corporation<br><br>Plaintiff,<br><br>v.<br><br>DREAD CENTRAL MEDIA, LLC, *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-9448-PA-GJS<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Date: June 30, 2020         By: _____
                            HON. PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE

- 2 -